RECEIVED
in Chambers of
U.S. District Judge
KIYO A. MATSUMOTO
SEP 25 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KING PHARMACEUTICALS, INC.,

    Plaintiff and Counterclaim - Defendant,

vs.

INYX, INC.,

    Defendant and Counterclaimant.

---

CV 07-3402 (ENV/MDG)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, King Pharmaceuticals, Inc. ("King") and Inyx, Inc. ("Inyx") hereby agree and stipulate that the within action shall be dismissed with prejudice without costs or fees to any party. This stipulation applies to both King's claims against Inyx and Inyx's counterclaims against King.

Dated: September 23, 2008

KING PHARMACEUTICALS, INC.

*[signature]*

F. Dominic Cerrito (FC-4216)
Robert W. Gaffey (RG-4004)
JONES DAY
222 East 41st Street
New York, New York 10017
212-326-3939

*Attorneys for Plaintiff and Counterclaim Defendant King Pharmaceuticals, Inc.*

INYX, INC.

*[signature]*

Ross J. Ellick (RE-9117)
Martin P. Russo (MR-____)
BUTZEL LONG
380 Madison Avenue, 22nd Floor
New York, New York 10017
212-818-1110

*Attorneys for Defendant and Counterclaimant Inyx, Inc.*

SO ORDERED.

_____
U.S.D.J.